IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**TALLAHASSEE BAIL FUND,**

    *Plaintiff*,

v.                                                      Case No. 4:22cv297-MW/MAF

**GWENDOLYN MARSHALL,**

    *Defendant,*

**and**

**ATTORNEY GENERAL OF FLORIDA,**

    *Intervenor-Defendant*    /

## JUDGMENT

This Court hereby **DECLARES** that Defendant Gwendolyn Marshall's enforcement of section 903.286(1), Florida Statutes against Plaintiff Tallahassee Bail Fund, Inc. violates the Eighth Amendment's prohibition against excessive bail. This Court **GRANTS** Plaintiff's request for a permanent injunction. Neither Defendant Gwendolyn Marshall, nor her successors in office, deputies, officers, employees, agents, nor any person in active participation or concert with Defendant Marshall, shall enforce, nor permit enforcement of section 903.286(1), Florida Statutes against Plaintiff Tallahassee Bail Fund, Inc. Defendant Gwendolyn Marshall, as well as

her successors in office, deputies, officers, employees, agents, and any person in active participation or concert with Defendant Marshall shall take all practicable measures within the scope of their official authority to ensure compliance with the terms of this Order. Plaintiff's Eighth Amendment excessive bail claim brought on behalf of current clients only (Count I) is **DISMISSED in part without prejudice** for lack of standing. Plaintiff's individual-capacity Eighth Amendment excessive fine claim (Count II) and Fourteenth Amendment procedural due process claim (Count III) are both **DISMISSED with prejudice** because Defendant is entitled to qualified immunity. Plaintiff's official-capacity Eighth Amendment excessive fine claim (Count II) and Fourteenth Amendment procedural due process claim (Count III) are both **DISMISSED with prejudice** for failure to state a claim.

JESSICA J. LYUBLANOVITS
CLERK OF COURT

February 20, 2024					s/ *Kimberly J. Westphal*
Date						Deputy Clerk: Kimberly J. Westphal