IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TALLAHASSEE BAIL FUND,

    *Plaintiff*,

    v.                                                                                                                                                 Case No.: 4:22cv297-MW/MAF

GWENDOLYN MARSHALL,

    *Defendant*,

  and

ATTORNEY GENERAL OF FLORIDA,

    *Intervenor-Defendant.*

_____/

## ORDER GRANTING THE ATTORNEY GENERAL'S MOTION TO STAY PROCEEDINGS ON ATTORNEY'S FEES AND COSTS

This Court has considered, without hearing, the Attorney General's motion to stay proceedings on attorney's fees and costs. ECF No. 118. Given the Attorney General's intention to appeal the final order in this case, she seeks to stay consideration of the pending motions for attorney's fees and bills of costs. The Attorney General argues that the "outcome of the appellate proceedings may change the Parties' current status regarding entitlement to costs and/or attorneys' fees. It logically follows that briefing on the amount of, and respective entitlement to, costs and/or attorneys' fees at this juncture may result in unnecessary expenditure of the

Parties' time and resources." ECF No. 118 at 3. The Attorney General notes that Plaintiff opposes a stay, but this Court exercises its discretion to rule on this motion without the benefit of Plaintiff's (or Defendant's) response.

This Court agrees with the Attorney General. Given her intention to appeal the final order in this case, this Court declines to resolve the issues of entitlement to fees and the amount due until the appeal is finalized. Waiting for the appeal to resolve better conserves this Court's resources—as well as the parties' resources. Once the Eleventh Circuit mandate has issued in this case, the parties shall update this Court within ten days and set out whether they intend to refile (or file for the first time) bills of costs and motions for attorney's fees. Accordingly,

**IT IS ORDERED**:

1. The Attorney General's motion to stay proceedings on attorney's fees and costs, ECF No. 118, is **GRANTED**.

2. This Court's consideration of the pending bills of costs, ECF No. 110 and 112, and the pending motion for attorney's fees, ECF No. 111, is **STAYED**.

3. The Clerk is **DIRECTED** to administratively terminate the pending bills of costs and motion for attorney's fees, ECF Nos. 110, 111, and 112.

4. The parties shall file a joint status report setting out whether they intend to refile (or file for the first time) bills of costs and motions for attorney's fees

2

within ten days of the Eleventh Circuit issuing a mandate in the forthcoming appeal in this case.

**SO ORDERED on March 12, 2024.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**

3